An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM E. FERGUSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62723

**FILED**

JUN 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction in a criminal action. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Appellant filed his notice of appeal on February 28, 2013, after the verdict was announced but before he was sentenced. On May 10, 2013, the district court entered an order committing appellant due to incompetency. Although we will generally hold a premature notice of appeal on this court's docket pending entry of the judgment of conviction, *see George v. State*, 122 Nev. 1, 3, 127 P.3d 1055, 1056 (2006) ("[A] premature notice of appeal filed after the verdict but before sentencing will be treated under NRAP 4(b)[2] as filed after the entry of judgment."), because it is unclear when, or if, appellant will be deemed competent to proceed with sentencing and, therefore, it is uncertain when a judgment of conviction may be entered, we decline to hold the notice of appeal on this

13-17361

court's docket. Appellant may file a notice of appeal once a judgment of conviction has been entered. *See* NRS 177.015(3); NRAP 4(b)(1)(A). We ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                                            Cherry


cc:   Hon. James M. Bixler, District Judge
      Joseph P. Reiff
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      William E. Ferguson